1  **SANGER SWYSEN & DUNKLE**
2  Catherine J. SWYSEN, SBN 171929
3  222 E. Carrillo Street, Suite 300
   Santa Barbara, CA 93101
4  Tel.: (805) 962-4887
   Fax: (805) 963-7311
5  Email:  ssdteam@sangerswysen.com

6
7  Attorneys for TBHF LLC d/b/a The Pet X Change,
   Rescue Pets Iowa and Russell Kirk

8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10               **WESTERN DIVISION**
11

12  REBECCA CAREY, and CODY          Case No. 5:21-cv-02095-MEMF-KK
    LATZER, *on behalf of themselves*
13  *and others similarly situated,*     **DEFENDANTS TBHF LLC d/b/a THE**
                                      **PET X CHANGE'S, RESCUE PETS**
14            Plaintiffs,             **IOWA'S AND RUSSELL KIRK'S**
                                      **NOTICE OF MOTION AND MOTION**
15       vs.                          **TO STRIKE CLASS ACTION**
                                      **CLAIMS AND JOINDER IN**
16  J.A.K.'S PUPPIES, INC., JOLYN     **DEFENDANTS SUBJECT**
    NOETHE, KIMBERLY DOLPHIN,         **ENTERPRISES, INC.'S, SUBJECT**
17  RUSSELL KIRK, RESCUE PETS         **CODA'S, J.A.K'S PUPPIES, INC.'S,**
    IOWA CORP., TBHF LLC D/B/A        **JOLYN NOETHES', KIMBERLY**
18  THE PET X CHANGE, BARK            **DOLPHIN'S, PET CONNECT**
    ADOPTIONS, STEPHANINE            **RESCUE, INC.'S, RAY ROTHMAN'S**
19  VAUGHN, ANA DIAZ, PET             **AND ALYSIA ROTHMAN'S**
    CONNECT RESCUE INC., RAY          **MOTIONS TO STRIKE;**
20  ROTHMAN, ALYSIA ROTHMAN,          **MEMORANDUM OF POINTS AND**
    SUBJECT ENTERPRISES, INC.,        **AUTHORITIES [F.R.C.P. Rule 12 (f)]**
21  CODA SUBJECT, MICADA, INC.
    D/B/A ANIMAL KINGDOM PET          *[Proposed] Order lodged concurrently*
22  SHOP, and ADAM TIPTON,            *herewith]*

23            Defendants.             DATE:  June 2, 2022
                                      TIME:   10:00 a.m.
24                                    COURTROOM:  8B
                                      Judge:  Hon. Maame Ewusi-Mensah
25                                    Frimpong

26                                    Action filed:  December 16, 2021

27
28                                          1

1   TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2   NOTICE IS HEREBY GIVEN that on Thursday, June 2, 2022, at 10:00 am,

3   or as soon as thereafter as counsel may be heard by the above-entitled Court, located

4   at 350 West 1st Street, Los Angeles, California 90012, Courtroom 8B, 8th Floor,

5   defendants TBHF LLC d/b/a The Pet X Change, Rescue Pets Iowa, and Russell Kirk

6   will and hereby do move the Court to strike the class action allegations in the

7   complaint pursuant to Federal Rules of Civil Procedure Rule 12 (f).  This motion is

8   brought on the grounds that Plaintiffs have not met their burden of satisfying Class

9   Action requirements and allegations under Rule 23 of the Federal Rules of Civil

10  Procedure.

11  Defendants TBHF LLC d/b/a The Pet X Change, Rescue Pets Iowa, and

12  Russell Kirk hereby join by this reference in the notices of motion and motions to

13  strike class claims filed by the defendants Subject Enterprises, Inc., Subject Coda,

14  J.A.K's Puppies, Inc., Jolyn Noethe, Kimberly Dolphin, Pet Connect Rescue, Inc.

15  Ray Rothman and Alysia Rothman which are noticed for the same date of June 2,

16  2022.

17  This motion is made following the conference of counsel pursuant to L.R. 7-3

18  which took place on February 24, 2022.

19  This motion is based on this Notice of Motion and Memorandum of Points

20  and Authorities, the Notices of Motion and the Memoranda of Points and Authorities

21  filed by the above-named co-defendants, which are incorporated herein as if fully set

22

23

24  ///

25  ///

26  ///

27

28

**TBHF'S, RESCUE PETS IOWA, AND KIRK'S NOTICE OF MOTION AND
MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN CO-DEFENDANTS'
MOTIONS TO STRIKE [RULE 12 (f)]**

forth, the pleadings and papers on file herein, and upon such other evidence or arguments as may be presented to the Court at the time of the hearing.

Dated: March 4, 2022                    Respectfully submitted,

SANGER SWYSEN & DUNKLE


By:    */s/ Catherine J. Swysen*
       Catherine J. Swysen
       Attorneys for Defendants TBHF LLC d/b/a
       The Pet X Change, Rescue Pets Iowa and
       Russell Kirk

3

**TBHF'S, RESCUE PETS IOWA, AND KIRK'S NOTICE OF MOTION AND
MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN CO-DEFENDANTS'
MOTIONS TO STRIKE [RULE 12 (f)]**

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants TBHF LLC d/b/a The Pet X Change, Rescue Pets Iowa, and Russell Kirk hereby adopt and incorporate as if fully set forth herein all arguments set forth in the memoranda of points and authorities in support of the motions to strike the class claim pursuant to Rule 12 (f) of the Federal Rules of Civil Procedure filed by co-defendants Subject Enterprises, Inc., Subject Coda, J.A.K's Puppies, Inc., Jolyn Noethe, Kimberly Dolphin, Pet Connect Rescue, Inc, Ray Rothman and Alysia Rothman.

Defendants TBHF LLC d/b/a The Pet X Change, Rescue Pets Iowa, and Russell Kirk respectfully request that the Court grant their motion and strike the class action allegations in Plaintiffs' complaint.

Dated: March 4, 2022

Respectfully submitted,

SANGER SWYSEN & DUNKLE

By:   */s/ Catherine J. Swysen*
       Catherine J. Swysen
       Attorneys for Defendants TBHF LLC d/b/a
       The Pet X Change, Rescue Pets Iowa and
       Russell Kirk

**TBHF'S, RESCUE PETS IOWA, AND KIRK'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN CO-DEFENDANTS' MOTIONS TO STRIKE [RULE 12 (f)]**

# PROOF OF SERVICE

I, the undersigned declare:

I am over the age of 18 years and not a party to the within action.  I am employed in the County of Santa Barbara.  My business address is 222 E. Carrillo St., Ste. 300, Santa Barbara, California, 93101.

On March 4, 2022, I served the foregoing document entitled: **DEFENDANTS TBHF LLC d/b/a THE PET X CHANGE'S, RESCUE PETS IOWA'S AND RUSSELL KIRK'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN DEFENDANTS SUBJECT ENTERPRISES, INC.'S, SUBJECT CODA'S, J.A.K'S PUPPIES, INC.'S, JOLYN NOETHES', KIMBERLY DOLPHIN'S, PET CONNECT RESCUE, INC.'S, RAY ROTHMAN'S AND ALYSIA ROTHMAN'S MOTIONS TO STRIKE; MEMORANDUM OF POINTS AND AUTHORITIES [F.R.C.P. Rule 12 (f)]** on the interested parties in this action by depositing a true copy thereof as follows:

SEE ATTACHED SERVICE LIST

 X   **BY ELECTRONIC TRANSMISSION.** I caused the document to delivered by electronic transmission to the interested party at the email address indicated on the attachment.

_____   **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

 X   **FEDERAL -** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed March 4, 2022, at Santa Barbara, California.

*Olivia Reichwald*
Olivia K. Reichwald

**TBHF'S, RESCUE PETS IOWA, AND KIRK'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN CO-DEFENDANTS' MOTIONS TO STRIKE [RULE 12 (f)]**

## SERVICE LIST

| | |
|---|---|
| Animal Legal Defense Fund<br>Telephone: 707.795.2533<br>Facsimile: 707.795.7280<br>Isabel F. Callejo-Brighton (SBN 333181)<br>Email: icallejo-brighton@aldf.org<br>525 E. Cotati Ave<br>Cotati, CA 94931 | Caitlin M. Foley (*pro hac vice*)<br>Email: cfoley@aldf.org<br>150 South Wacker Drive, Suite 2400<br>Chicago, IL 60606<br><br>Ariel Flint (*pro hac vice*)<br>Email: aflint@aldf.org<br>2125 24 St.<br>Astoria, NY 11105 |
| Smith & Lowney PLLC<br>Claire Tonry (*pro hac vice*)<br>claire@smithandlowney.com<br>Knoll D. Lowney (*pro hac vice*)<br>knoll@smithandlowney.com<br>2317 E. John Street<br>Seattle, Washington 98112<br>Telephone: (206) 860-2883<br><br>*Attorneys for Plaintiffs* | Andrew G. Prout<br>Email: AGP@RossiLLP.com<br>Traci G. Choi<br>Email: TChoi@RossiLLP.com<br>Ross, Wolcott, Teinert & Prout LLP<br>3151 Airway Avenue, Building S-1<br>Costa Mesa, CA 92626<br>Telephone:  (714) 444-3900<br>Fax:  (714) 444-3901<br><br>*Attorneys for J.A.K's Puppies, Kimberly Dolphin and Jolyn Noethe* |
| Alexander L. Conti<br>Email: aconti@conti_law.com<br>Conti Law<br>23 Corporate Plaza, Suite 150<br>Newport Beach, CA 92600<br>Telephone: (949)7918555<br>Fax: (949) 791-8556<br><br>*Attorneys for Subject Enterprise, Inc .and Coda Subject* | Tory E. Griffin<br>Email: tgriffin@rtwlawllp.com<br>Reynolds Tilbury Woodward LLP<br>11601 Blocker Drive, Suite 105<br>Auburn, CA 95603<br>Telephone: (530) 885-8500<br>Fax: (530) 885-8113<br><br>*Attorneys for Adam Tipton and Micada,* Inc. |

**TBHF'S, RESCUE PETS IOWA, AND KIRK'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN CO-DEFENDANTS' MOTIONS TO STRIKE [RULE 12 (f)]**

| George R. Najjar, Esq.<br>Email: gnajjar1@san.RR.com<br>The Najjar Law Firm<br>1901 First Avenue, First Floor<br>San Diego, CA 92101<br>Telephone: (619) 233-3445<br>Fax: (619) 233-3446<br><br>*Attorneys for Ray Rothman, Alysia Rothman and Pet Connect Rescue, Inc.* | |

**TBHF'S, RESCUE PETS IOWA, AND KIRK'S NOTICE OF MOTION AND MOTION TO STRIKE CLASS ACTION CLAIMS AND JOINDER IN CO-DEFENDANTS' MOTIONS TO STRIKE [RULE 12 (f)]**