UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| REBECCA CAREY, et al.,<br>Plaintiffs,<br>v.<br>J.A.K.'S PUPPIES, INC., et al.,<br>Defendants. | Case No. 5:21-cv-02095-WLH (DTBx)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Plaintiffs' Motion for Sanctions Against Defendants Ray and Alysia Rothman is granted.

Defendants Ray Rothman and Alysia Rothman are ordered to pay the reasonable expenses, including attorneys' fees, incurred by Plaintiffs as a result of Defendants Ray Rothman's and Alysia Rothman's failure to comply with the

Court's Order Granting Plaintiffs' Motion to Compel compelling them to provide responsive documents to RFP No. 50.

It is further ordered that, for purposes of this action, the financial ability of Ray Rothman and Alysia Rothman to pay punitive damages is deemed established.

Plaintiffs are ordered to file, within 15 days of the date of this Order, evidence of the reasonable expenses, including attorneys' fees, incurred by Plaintiffs as a result of Defendants Ray Rothman's and Alysia Rothman's violation of the Court's Order Granting Plaintiffs' Motion to Compel.

DATED: August 7, 2026

WESLEY L. HSU
UNITED STATES DISTRICT JUDGE